Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Ibrahim A. Gross,

    Plaintiff,

vs.

North Dakota University System (NDUS),

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   3:21-cv-206

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed on February 9, 2022, the Court ADOPTS the Report and Recommendation (Doc. No. 21) in its entirety. Gross's second amended complaint is DISMISSED without prejudice.

The Court further finds that any appeal may not be taken in forma pauperis, as any appeal would be frivolous and could not be taken in good faith.

Date: February 9, 2022

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Shantel Jagol, Deputy Clerk*